

James Alan Bush
1211 East Santa Clara Avenue #4
San Jose, CA 95116
(408) 217-8282

Plaintiff *in pro per*

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush, | Case No.: **C08 03842 PVT** |
| Plaintiff, | COMPLAINT FOR INJUNCTIVE RELIEF |
| v. | (Freedom of Information Act and the Administrative Procedure Act) |
| Department of Justice, Federal Bureau of Investigation, Michael B. Mukasey, | [Title 5 U.S.C. §§ 552, 701 *et seq.*] |
| Defendants. | |

**NATURE OF ACTION**

1. Plaintiff, James Alan Bush, brings his cause of action under the Freedom of Information Act [5 U.S.C. § 552], and the Administrative Procedure Act [5 U.S.C. § 701 *et seq.*], for injunctive and other appropriate relief, and seeks the expedited processing and release

COMPLAINT FOR INJUNCTIVE RELIEF                                      PAGE 1

of agency records requested by Plaintiff from Defendant, Federal Bureau of Investigation.

## JURISDICTION AND VENUE

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B), (6)(E)(iii).

3. This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 701 et seq.

4. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

## PARTIES

5. Plaintiff is a pro se litigant and complainant in several pending civil actions for defamation and false light invasion of privacy, and for multiple government records violations by local law enforcement. Plaintiff is requesting to review records containing information about him to determine the possible impact on the aforementioned civil suits, and, in particular, the potential liability of the Defendants named in this complaint.

6. Defendant, Department of Justice, is a Department of the Executive Branch of the United States Government. The DOJ is an agency within the meaning of 5 U.S.C. § 552(f).

7. Defendant, Federal Bureau of Investigation, is a component of the Department of Justice. The FBI is an agency within the meaning of 5 U.S.C. § 552(f).

8. Defendant, Michael B. Mukasey, is Attorney General of the United

States and heads the Department of Justice. Defendant Mukasey is responsible for both DOJ and FBI compliance with the laws of the United States and regulations promulgated under such laws, including the laws and regulations at issue in this case.

### DEFENDANT FBI'S SURVEILLANCE SYSTEM

9. Upon information and belief, Plaintiff alleges that Defendant FBI had deployed an electronic surveillance system developed by Cloudmark, which monitors traffic at the facilities of Internet service providers in order to intercept information contained in the electronic mail of criminal suspects. The FBI's surveillance system can scan millions of e-mails a second and enables the FBI to eavesdrop on Internet traffic, from e-mail to online banking and Web surfing.

### PLAINTIFF'S FOIA REQUEST AND REQUEST FOR EXPEDITED PROCESSING

10. By means of an *in persona* request to Defendant FBI on or around February 2007, Plaintiff requested to review records containing information about him under the FOIA.
    a. Plaintiff's request was in conformance with the requirements for these types of requests, as those requirements are set forth in Defendant DOJ's regulations.
    b. Plaintiff stated that its FOIA request meets the criteria for expedited processing under Defendant DOJ's regulations, 28 CFR § 16.5(d)(1)(iv), in that a substantial portion of his complaint questions the integrity of certain local law

enforcement officers, which affects public confidence.

**DEFENDANT'S FAILURE TO RESPOND AND
PLAINTIFF'S ENTITLEMENT TO EXPEDITED PROCESSING**

14. To date, Defendants have not responded to Plaintiff's request for expedited processing of its FOIA request.
15. Plaintiff has exhausted the applicable administrative remedies.
16. Plaintiff is entitled to expedited processing of its FOIA request under the standards contained in Defendant DOJ's regulations.
17. Defendants have wrongfully withheld the requested records from Plaintiff.

**FIRST CLAIM FOR RELIEF**

(For Violation of the FOIA for

Failure to Respond to Request for Expedited Processing)

18. Plaintiff repeats and realleges paragraphs 1-17.
19. Defendants' failure to timely respond to Plaintiff's request for expedited processing violates the FOIA, 5 U.S.C. § 552(a)(6)(E)(ii), and Defendant DOJ's own regulation promulgated under the Act, 28 C.F.R. § 16.5(d)(4).

**SECOND CLAIM FOR RELIEF**

(For Violation of APA for

Failure to Respond to Request for Expedited Processing)

20. Plaintiff repeats and realleges paragraphs 1-17.
21. Defendants' failure to timely respond to Plaintiff's request for expedited processing constitutes agency action unlawfully withheld

and unreasonably delayed, in violation of the APA.

22. Defendant's failure to timely respond is arbitrary, capricious, an abuse of discretion, not in accordance with law and without observance of procedure required by law, all in violation of the APA.

### THIRD CLAIM FOR RELIEF

(For Violation of the FOIA for

Failure to Grant Request for Expedited Processing)

23. Plaintiff repeats and realleges paragraphs 1-17.
24. Defendants' failure to grant Plaintiff's request for expedited processing violates the FOIA, 5 U.S.C. § 552(a)(6)(E)(i), and Defendant DOJ's own regulation promulgated under the Act, 28 CFR § 16.5(d)(I).

### FOURTH CLAIM FOR RELIEF

(For Violation of APA for

Failure to Grant Request for Expedited Processing)

25. Plaintiff repeats and realleges paragraphs 1-17.
26. Defendants' failure to grant Plaintiff's request for expedited processing is arbitrary, capricious, an abuse of discretion, not in accordance with law and without observance of procedure required by law, all in violation of the APA.

**PRAYER**

Plaintiff requests that this Court:

- order Defendants immediately to process the requested records in their entireties;
- order Defendants, on completion of the expedited processing, to disclose the requested records in their entireties and make copies available to Plaintiff;
- provide for expeditious proceedings in this action;
- award Plaintiff its costs and reasonable attorney's fees incurred in this action; and,
- grant Plaintiff all other relief that is just and proper.

**VERIFICATION**

I, James Alan Bush, Plaintiff in the above-entitled action, have read the foregoing and know the contents thereof. The same is true of my own knowledge, except as to those matters that are therein alleged on information and belief; and, as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Jose, California.

Plaintiff: _____    Dated: 8-12-08

COMPLAINT FOR INJUNCTIVE RELIEF                                      PAGE 6

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
James Alan Bush

### DEFENDANTS
Department of Justice, Federal Bureau of Investigation, Michael B. Mukasey

**(b)** County of Residence of First Listed Plaintiff: Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Washington D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

James Alan Bush (pro se)
1211 East Santa Clara Avenue #4
San Jose, CA 95116
(408) 217-8282

Attorneys (If Known)

United States Attorney General
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

C08-03842 PVT  E-FILING  IDR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury

*PERSONAL INJURY*
- 362 Personal Injury— Med. Malpractice
- 365 Personal Injury — Product Liability
- 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 444 Welfare
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 440 Other Civil Rights

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt.Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 463 Habeas Corpus – Alien Detainee
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 810 Selective Service
- 850 Securities/Commodities/ Exchange
- 875 Customer Challenge 12 USC 3410
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- [X] 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 5 U.S.C. § 552 and Title 5 U.S.C. § 701 et seq.

Brief description of cause:
Violation of Freedom of Information Act and the Administrative Procedure Act

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ According to proof
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE: August 12th, 2008

SIGNATURE OF ATTORNEY OF RECORD: [signature]