[Clear Form]

FILED  ADR

AUG 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

James A. Bush

Plaintiff,

vs.

DOJ, FBI, M.B. Mukasey

Defendant.

CASE NO. C08 03842 PVT

APPLICATION TO PROCEED IN FORMA PAUPERIS
(Non-prisoner cases only)

I, James A. Bush, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7     a.    Business, Profession or              Yes ___ No ✓

8           self employment?

9     b.    Income from stocks, bonds,           Yes ___ No ✓

10          or royalties?

11    c.    Rent payments?                       Yes ___ No ✓

12    d.    Pensions, annuities, or              Yes ___ No ✓

13          life insurance payments?

14    e.    Federal or State welfare payments,   Yes ✓ No ___

15          Social Security or other govern-

16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each. *G.A. - $140 food, $140 cashaid*

19 _____

20 _____

21  3.    Are you married?                       Yes ___ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26  4.    a.    List amount you contribute to your spouse's support: $ _____

27        b.    List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1       children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4  5.   Do you own or are you buying a home?   Yes ___ No ✓

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.   Do you own an automobile?   Yes ___ No ✓

7  Make _____ Year _____ Model _____

8  Is it financed? Yes ___ No ✓ If so, Total due: $ _____

9  Monthly Payment: $ _____

10  7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s): $ _____

14  Do you own any cash? Yes ___ No ✓ Amount: $ _____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)   Yes ___ No ✓

17  _____

18  8.   What are your monthly expenses?

19  Rent: $ 900       Utilities: 80

20  Food: $ 450       Clothing: _____

21  Charge Accounts:

22  Name of Account       Monthly Payment       Total Owed on This Account

23  _____   $ _____   $ _____

24  _____   $ _____   $ _____

25  _____   $ _____   $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

*[handwritten]* James Drew Rush v. FBI, et al. Case No. 08-00539

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-12-08                              *[signature]*

DATE                                 SIGNATURE OF APPLICANT