FILED

E-FILING

AUG 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*James A. Beard*

Plaintiff(s),

v.

*DOd, FBI, M.B. Mukasey*

Defendant(s).

C08 03842

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

PVT

PVT

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: *8-12-08*

Signature

Counsel for
(Plaintiff, Defendant or indicate "pro se")

*1211 E. Santa Clara Ave #9*

*San Jose, CA 95116*