1  James Alan Bush
   1211 East Santa Clara Avenue #4
2  San Jose, CA 95116
   (408) 217-8282
3  theodore_knock@mac.com

4  Plaintiff *in pro per*

RECEIVED
08 AUG 21 PM 1:29
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Alan Bush,<br><br>    Plaintiff,<br><br>  v.<br><br><br>Federal Bureau of Investigation, et al.,<br><br>    Defendants. | Case No.: C 08-03842-PVT<br><br>PRAECIPE FOR SUMMONS<br><br><br><br><br><br><br>Magistrate Patricia V. Trumbull |

**PRAECIPE FOR SUMMONS**

TO THE CLERK OF THIS COURT, please issue summons in the above-entitled cause for these defendants and make the same returnable according to law:

1. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530;

PRAECIPE FOR SUMMONS                                                PAGE 1

2. Federal Bureau of Investigation, J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535; and,

3. Michael B. Mukasey, United States Office of the Attorney General, Department of Justice, Room B-1093, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530.

Plaintiff: _____     Dated: 8-21-08