1  James Alan Bush
   1211 East Santa Clara Avenue #4
2  San Jose, CA 95116
   (408) 217-8282
3  theodore _ knock@mac.com

4  Plaintiff *in pro per*

5

6

7

8                 **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11

12

13  James Alan Bush,                )   Case No.:  C 08-03842-PVT
                                    )
14                     Plaintiff,   )   PRAECIPE FOR SUMMONS
                                    )
15    v.                            )
                                    )
16                                  )
                                    )
17  Federal Bureau of Investigation,)
    et al.,                         )
18                                  )
                     Defendants.    )   Magistrate Patricia V. Trumbull
19  _____)

20

21                    **PRAECIPE FOR SUMMONS**

22       TO THE CLERK OF THIS COURT, please issue summons in the

23  above-entitled cause for these defendants and make the same returnable

24  according to law:

25  1.  Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C.

26      20530;

PRAECIPE FOR SUMMONS                                    PAGE 1

**RECEIVED**

**08 AUG 21  PM 1: 29**

**RICHARD W. WIEKING CLERK**
**U.S. DISTRICT COURT**
**NO. DIST. OF CA.**

2. Federal Bureau of Investigation, J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535; and,

3. Michael B. Mukasey, United States Office of the Attorney General, Department of Justice, Room B-1093, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530.

Plaintiff: _____    Dated: _8-21-08_

PRAECIPE FOR SUMMONS                                    PAGE 2

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard  W. Wieking, Clerk
280 South First Street
Room 2112
San Jose, CA 95113
408-535-6364

August 18, 2008

**James Alan Bush**

**1211 East Santa Clara Avenue**

**#4**

**San Jose, CA 95116**

### Re: C08-3842PVT

Mr. Bush,

Magistrate Judge Patricia V. Trumbull  granted your In forma Pauperis Request waiving the filing fee for your civil case.  Please forward  to my attention at your earliest convenience  addresses for all  defendants so that civil summons can be served by the United States Marshals.

<u>Defendant Name(s)</u>

<u>Defendant(s) Addresses</u>

Department of Justice

_____

Federal Bureau of Investigation

_____

Michael B. Mukasey

_____

I have enclosed a  self-addressed, stamp envelope for you convenience.

Sincerely,

Betty Walton, Deputy Clerk
Case Systems Administrator
United States District Court
280 South First Street
San Jose, CA 95113
408-535-5389

ADRMOP, ProSe

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:08-cv-03842-PVT
### Internal Use Only

Bush v. Department of Justice et al
Assigned to: Magistrate Judge Patricia V. Trumbull
Cause: 05:552 Freedom of Information Act

Date Filed: 08/12/2008
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**James Alan Bush**                    represented by   **James Alan Bush**
1211 East Santa Clara Avenue
#4
San Jose, CA 95116
408-217-8282
PRO SE

V.

**Defendant**

**Department of Justice**

**Defendant**

**Federal Bureau of Investigation**

**Defendant**

**Michael B. Mukasey**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2008 | 1 | COMPLAINT for Injunctive Relief (NO PROCESS); IFPP; against all defendants. Filed by James Alan Bush. (Attachments: # 1 Civil Cover Sheet) (bw, COURT STAFF) (Filed on 8/12/2008) (Entered: 08/12/2008) |
| 08/12/2008 | 2 | Application for Leave to Proceed in forma pauperis filed by James Alan Bush. (bw, COURT STAFF) (Filed on 8/12/2008) (Entered: 08/12/2008) |
| 08/12/2008 | 3 | CONSENT to Proceed Before a US Magistrate Judge by James Alan Bush. (bw, COURT STAFF) (Filed on 8/12/2008) (Entered: 08/12/2008) |
| 08/12/2008 | 4 | ADR SCHEDULING ORDER: Case Management Statement due by |

| | | 12/2/2008. Case Management Conference set for 12/9/2008 02:00 PM. (bw, COURT STAFF) (Filed on 8/12/2008) (Entered: 08/12/2008) |
|---|---|---|
| 08/15/2008 | 5 | Order signed by Magistrate Patricia V. Trumbull granting 2 Motion for Leave to Proceed in forma pauperis and that the Clerk issue summons. IT IS FURTHER ORDERED that the U.S. Marshall for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendants (bw, COURT STAFF) (Filed on 8/15/2008) (Entered: 08/18/2008) |
| 08/18/2008 | | Clerk mailed letter to Mr. Bush requesting addresses so that defendants can be served civil summons by the United States Marshals' Office. (bw, COURT STAFF) (Filed on 8/18/2008) (Entered: 08/18/2008) |